AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

ORIGINAL

523906

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 01-00136 SOM 01 |
| MICHAEL J. CHRISTIAN | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST MICHAEL J. CHRISTIAN and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to Show Cause why supervision should not be revoked.

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII JAN 23 2007 at 11 o'clock and 10 min. SUE BEITIA, CLERK*

*U.S. MARSHALS SERVICE HONOLULU, HI. 2007 JAN 16 PM 3:11 RECEIVED*

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | 1/16/2007 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at NO BAIL        By: Susan Oki Mollway, United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received<br>01-16-07 | NAME AND TITLE OF ARRESTING OFFICER<br>DUSM D. GAPUSAN | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest<br>01-19-07 | | |