# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/25/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00136SOM |
| CASE NAME: | USA vs. (01) Michael J. Christian |
| ATTYS FOR PLA: | Lawrence Tong<br>Jonathan Skedelski (USPO) |
| ATTYS FOR DEFT: | 01 Pamela Byrne (Provisionally appointed) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/25/2007 | TIME: | 10:45 - 10:55 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (01) Michael J. Christian present and in custody.

Defendant sworn to financial affidavit - provisionally Granted.

Defendant admits to violation nos. 1, 3, 4, and 5; and takes the 5th amendment as to violation no. 2.

Government in agreement to proceed only as to the admitted violation.

Court finds that there is sufficient evidence to support violations nos. 1, 3, 4 and 5 and the defendant has not met the conditions of supervised release.

Ms. Byrne requests a one week continuance in order to research available options.

This hearing is continued to 2/7/07 @ 9:45 a.m.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.