# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/7/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 01-00136SOM

CASE NAME:       USA vs.  (01) Michael J. Christian

ATTYS FOR PLA:   Lawrence Tong
                 Jonathan Skedeleski (USPO)

ATTYS FOR DEFT:  Pamela Byrne

INTERPRETER:

---

JUDGE:   Susan Oki Mollway        REPORTER:   Debra Chun

DATE:    2/7/2007                 TIME:       2:30 - 2:45

---

COURT ACTION:   EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (01) Michael J. Christian present and in custody.

Mr. Byrne informed the Court that the defendant was accepted into an inpatient treatment program at Hina Mauka.  Bedspace is available in 3 weeks.

Supervised Release is revoked.

ADJUDGED:

Imprisonment: 36 Days.

Supervised Release: 12 Months.

CONDITIONS:

▶ That the defendant shall abide by the standard conditions of supervision.

▶ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▶ That the defendant not possess illegal controlled substances (mandatory condition)

▶ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

▶ That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

▶ That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office and which may include residential treatment.

▶ That the defendant is prohibited from possessing or consuming any alcoholic beverage or any other intoxicating substance during the term of supervised release.

▶ That the defendant  provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

▶ That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

> That the defendant is not allowed to drive unless he has a valid drivers license for the jurisdiction in which he lives.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.